UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:06 CR 66 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| WILLIAM C. CHRISTIAN, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh, regarding the change of plea hearing of William C. Christian, which was referred to the Magistrate Judge with the consent of the parties.

On February 15, 2006, the government filed a two count superseding indictment, charging Defendant Christian, with Felon in Possession in violation of Title 18 United States Code, Section 922(g)(1); and Possession of Body Armor in violation of Title 18, United States Code, Section 931.  On April 19, 2006, Defendant Christian was arraigned and entered a plea of not guilty before Magistrate Judge David S. Perelman. On July 13, 2007, Magistrate Judge Kenneth S. McHargh received Defendant Christian's plea of guilty to counts one and two of the indictment and issued a Report and Recommendation ("R&R") concerning whether the plea

should be accepted and a finding of guilty entered on July 24, 2007, 2007.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Christian is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Christian is adjudged guilty of Counts 1 and 2 of the indictment, in violation of Title 18 United States Code, Section 922(g)(1) and Title 18United States Code, Section 931.

IT IS SO ORDERED.

> /s/*SOLOMON OLIVER, JR.*
> UNITED STATES DISTRICT JUDGE